

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2023

No. 04-23-00722-CR

Demetric D. **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0684
Honorable Stephanie R. Boyd, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on October 11, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2023.

_____
Michael A. Cruz, Clerk of Court